STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. SAMUEL SHIREN, DEFENDANT-RESPONDENT.

See same case below: 15 *N. J. Super.* 440.

*Mr. Harry L. Towe* and *Mr. Paul T. Huckin* for the petitioner.

*Mr. David A. Gelber* and *Mr. John A. Christie* for the respondent.

January 28, 1952. Granted.